## Pay Summary: **2019 - 7 - 1**

| | | | | | |
|---|---|---|---|---|---|
| Ucp Central Pa | **Period Beginning Date** | **Pay Date** 2/15/2019 | **Co.** R73 | **Clock** | **Home Dept** 265300 |
| Barbara Bridge 137 N Chestnut St Palmyra, PA 17078 | **Period Ending Date** 2/2/2019 | **WGPS Advance Pay Date** | **File #** 009485 | **Number** 00070034 | **Worked In Dept** 265300 |

| | |
|---|---:|
| **Gross Pay** | $ 483.88 |
| Regular     Rate: 12.2500     Hours: 39.50 | $ 483.88 |
| **Taxes** | $ 65.01 |
| Federal Income Tax | $ 8.00 |
| Social Security | $ 30.00 |
| Medicare | $ 7.02 |
| State Worked In: Pennsylvania     Code: PA | $ 14.86 |
| SUI/SDI: Pennsylvania (Taxing)     Code: 59 | $ 0.29 |
| Locality Worked In: Lower Allen Twp-Cumberland Code: 110W | $ 4.84 |
| **Deductions** | $ 2.00 |
| T - E M S T | $ 2.00 |
| **Take Home** | $ 416.87 |
| Checking | $ 416.87 |

## Pay Summary: **2019 - 9 - 1**

| | | | | | |
|---|---|---|---|---|---|
| Ucp Central Pa | **Period Beginning Date** | **Pay Date** 3/1/2019 | **Co.** R73 | **Clock** | **Home Dept** 265300 |
| Barbara Bridge 137 N Chestnut St Palmyra, PA 17078 | **Period Ending Date** 2/16/2019 | **WGPS Advance Pay Date** | **File #** 009485 | **Number** 00090034 | **Worked In Dept** 265300 |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | **$ 961.63** |
| Regular | Rate: 12.2500 | Hours: 78.00 | $ 955.50 |
| Overtime | Rate: 6.1250 | Hours: 1.00 | $ 6.13 |
| **Taxes** | | | **$ 169.06** |
| Federal Income Tax | | | $ 55.78 |
| Social Security | | | $ 59.62 |
| Medicare | | | $ 13.94 |
| State Worked In: Pennsylvania | Code: PA | | $ 29.52 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | | $ 0.58 |
| Locality Worked In: Lower Allen Twp-Cumberland | Code: 110W | | $ 9.62 |
| **Deductions** | | | **$ 2.00** |
| T - E M S T | | | $ 2.00 |
| **Take Home** | | | **$ 790.57** |
| Checking | | | $ 790.57 |

## Pay Summary: **2019 - 11 - 1**

| | | | | |
|---|---|---|---|---|
| Ucp Central Pa | **Period Beginning Date** | **Pay Date** 3/15/2019 | **Co.** R73 | **Clock** | **Home Dept** 265300 |
| Barbara Bridge 137 N Chestnut St Palmyra, PA 17078 | **Period Ending Date** 3/2/2019 | **WGPS Advance Pay Date** | **File #** 009485 | **Number** 00110037 | **Worked In Dept** 265300 |

| | | | |
|---|---|---|---|
| **Gross Pay** | | | $ 698.25 |
| Regular | Rate: 12.2500 | Hours: 57.00 | $ 698.25 |
| **Taxes** | | | $ 111.69 |
| Federal Income Tax | | | $ 29.44 |
| Social Security | | | $ 43.29 |
| Medicare | | | $ 10.12 |
| State Worked In: Pennsylvania | Code: PA | | $ 21.44 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | | $ 0.42 |
| Locality Worked In: Lower Allen Twp-Cumberland | Code: 110W | | $ 6.98 |
| **Deductions** | | | $ 2.00 |
| T - E M S T | | | $ 2.00 |
| **Take Home** | | | $ 584.56 |
| Checking | | | $ 584.56 |