```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 19-01261-HWV
Barbara L. Bridge, Jr.                                              Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: TWilson           Page 1 of 2           Date Rcvd: May 13, 2019
                              Form ID: ntcnfhrg       Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db             +Barbara L. Bridge,    137 North Chestnut Street,    Palmyra, PA 17078-1704
5178328        +AES/Suntrust Bank,    Po Box 61047,   Harrisburg, PA 17106-1047
5178329        +Borough of Palmyra,    325 South Railroad Street,    Palmyra, PA 17078-2492
5178330        +Bureau of Acct. Mgmt.,    3607 Rosemont Ave,   Suite 502,    Camp Hill, PA 17011-6943
5178332        +Carrington Mortgage Svc,    PO Box 5001,   Westfield, IN 46074-5001
5178335       ++DIRECTV LLC,   ATTN BANKRUPTCIES,    PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court: DirecTV,    2230 E. Imperial Hwy,    El Segundo, CA 90245)
5178334        +Deutsche Bank National Trust,    60 Wall Street,    New York, NY 10005-2858
5178337        +KLM Law Group, P.C.,    701 Market Street,   Suite 5000,    Philadelphia, PA 19106-1541
5178336        +Keystone Collections Group,    PO Box 449,   Irwin, PA 15642-0449
5193833        +Met Ed,   101 Crawford'd Corner Rd,    Bldg #1 Suite 1-511,    Holmdel, NJ 07733-1976
5178338         Met-Ed,   73 S. Main Street, A-RPC,    Akron, OH 44308-1890
5191774        +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
5178340         Penn State MS Hershey Med. Center,    PO Box 854, MC A410,    Hershey, PA 17033-0854
5178342        +Secretary of Veterans Affairs,    1700 South Lincoln Avenue,    Lebanon, PA 17042-7529
5178343        +Secretary of Veterans Affairs,    Chief Business Office (10NB),    810 Vermont Avenue, NW,
                 Washington, DC 20420-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2019 19:50:56
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5178331         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 13 2019 19:50:56     Capital One Bank,
                 15000 Capital One Dr,    Richmond, VA 23238
5183773         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 13 2019 19:50:36
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
5178333        +E-mail/Text: Akydd@reducear.com May 13 2019 19:44:26     Credit Business Service,
                 711 Eglin Pkwy NE,   Fort Walton Beach, FL 32547-2527
5187674         E-mail/PDF: cbp@onemainfinancial.com May 13 2019 19:50:07     ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
5178339        +E-mail/PDF: cbp@onemainfinancial.com May 13 2019 19:50:27     Onemain,   Po Box 1010,
                 Evansville, IN 47706-1010
5178341        +E-mail/Text: Supportservices@receivablesperformance.com May 13 2019 19:44:22
                 Receivables Performance,    20816 44th Ave W,   Lynnwood, WA 98036-7744
5178900        +E-mail/PDF: gecsedi@recoverycorp.com May 13 2019 19:50:31     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5178344        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 13 2019 19:43:06
                 Verizon Wireless,    Po Box 650051,   Dallas, TX 75265-0051
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee of
               Vendee Mortgage Trust 2002-3 bkgroup@kmllawgroup.com
```

```
District/off: 0314-1           User: TWilson            Page 2 of 2            Date Rcvd: May 13, 2019
                               Form ID: ntcnfhrg        Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         John J Ferry, Jr    on behalf of Debtor 1 Barbara L. Bridge jackferry2@gmail.com,
          jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                            TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Barbara L. Bridge,

**Debtor 1**

Chapter 13

Case No. 1:19–bk–01261–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 19, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: June 26, 2019 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: TWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 13, 2019 |

ntcnfhrg (03/18)