```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 19-01261-HWV
Barbara L. Bridge, Jr.                                              Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: CGambini            Page 1 of 2            Date Rcvd: Sep 12, 2019
                              Form ID: ordsmiss         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db             +Barbara L. Bridge,    137 North Chestnut Street,    Palmyra, PA 17078-1704
5178328        +AES/Suntrust Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
5178329        +Borough of Palmyra,    325 South Railroad Street,    Palmyra, PA 17078-2492
5178330        +Bureau of Acct. Mgmt.,    3607 Rosemont Ave,    Suite 502,    Camp Hill, PA 17011-6943
5178332        +Carrington Mortgage Svc,    PO Box 5001,    Westfield, IN 46074-5001
5178334        +Deutsche Bank National Trust,    60 Wall Street,    New York, NY 10005-2858
5202588        +Deutsche Bank National Trust Company, et al,     c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
5178337        +KLM Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
5178336        +Keystone Collections Group,    PO Box 449,    Irwin, PA 15642-0449
5193833        +Met Ed,   101 Crawford'd Corner Rd,    Bldg #1 Suite 1-511,    Holmdel, NJ 07733-1976
5178338         Met-Ed,   73 S. Main Street, A-RPC,    Akron, OH 44308-1890
5191774        +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
5219526        +Palmyra Area School District,    c/o Keystone Collections Group,    546 Wendel Road,
                 Irwin, PA 15642-7539
5219524        +Palmyra Borough,    c/o Keystone Collections Group,    546 Wendel Road,   Irwin, PA 15642-7539
5178340         Penn State MS Hershey Med. Center,    PO Box 854, MC A410,    Hershey, PA 17033-0854
5178343        +Secretary of Veterans Affairs,    Chief Business Office (10NB),    810 Vermont Avenue, NW,
                 Washington, DC 20420-0001
5178342        +Secretary of Veterans Affairs,    1700 South Lincoln Avenue,    Lebanon, PA 17042-7529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM Sep 12 2019 23:08:00       PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5178331         EDI: CAPITALONE.COM Sep 12 2019 23:08:00      Capital One Bank,    15000 Capital One Dr,
                 Richmond, VA 23238
5183773         EDI: CAPITALONE.COM Sep 12 2019 23:08:00      Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,    PO Box 71083,    Charlotte, NC 28272-1083
5178333        +E-mail/Text: Akydd@reducear.com Sep 12 2019 19:09:36      Credit Business Service,
                 711 Eglin Pkwy NE,    Fort Walton Beach, FL 32547-2527
5178335         EDI: DIRECTV.COM Sep 12 2019 23:08:00      DirecTV,    2230 E. Imperial Hwy,
                 El Segundo, CA 90245
5187674         EDI: AGFINANCE.COM Sep 12 2019 23:08:00      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
5178339        +EDI: AGFINANCE.COM Sep 12 2019 23:08:00      Onemain,    Po Box 1010,    Evansville, IN 47706-1010
5178341        +E-mail/Text: Supportservices@receivablesperformance.com Sep 12 2019 19:09:35
                 Receivables Performance,    20816 44th Ave W,    Lynnwood, WA 98036-7744
5178900        +EDI: RMSC.COM Sep 12 2019 23:08:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
5178344        +EDI: VERIZONCOMB.COM Sep 12 2019 23:08:00      Verizon Wireless,    Po Box 650051,
                 Dallas, TX 75265-0051
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee of
               Vendee Mortgage Trust 2002-3 bkgroup@kmllawgroup.com
```

```
District/off: 0314-1            User: CGambini              Page 2 of 2                  Date Rcvd: Sep 12, 2019
                                Form ID: ordsmiss           Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          John J Ferry, Jr    on behalf of Debtor 1 Barbara L. Bridge jackferry2@gmail.com, jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Barbara L. Bridge,<br>**Debtor 1** | Chapter 13<br><br>Case No. 1:19–bk–01261–HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: September 12, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

ordsmiss (05/18)